UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALAIN DAVID PEREA,
    Plaintiff,

vs.                                            Case No.: 5:22cv156-TKW-MJF

S. SMITH, et al.,
    Defendants.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 23). No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that the claims against the undescribed and unnamed defendants should be dismissed for failure to state a claim upon which relief can be granted. Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    The claims against "Unidentified Officers 1-4" are DISMISSED pursuant to 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim upon which relief may be granted.

3. The Clerk terminate "Unidentified Officers 1-4" as defendants in CM/ECF.

4. This case is referred back to the magistrate judge for further proceedings on the claims against Defendants Captain S. Smith and Sergeant K. Clemons.

**DONE and ORDERED** this 26th day of June, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**