UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALAIN DAVID PEREA,

　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.  5:22-cv-156-TKW-MJF

SHERNEKA SMITH, et al.,

　　Defendants.
_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 41).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination the claims against Defendants Smith and Clemons are not due to be dismissed for failure to exhaust administrative remedies.  Accordingly, it is

**ORDERED** that:

1.　The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.　Defendants Smith and Clemons's motion to dismiss (Doc. 37) is **DENIED**.

3.     This case is returned to the magistrate judge for further pretrial proceedings.

**DONE and ORDERED** this 12th day of February, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**